UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-60201-Civ-COHN/SNOW

JOHN DOE (M.P.) a minor, by and
through his parent and legal guardian,
WILLIAM DOE, and WILLIAM DOE,
individually,

    Plaintiffs,

    v.

COSTA CROCIERE, S.p.A,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant, Costa Crociere, S.p.A.'s Emergency Motion to Compel Plaintiff's Coordination for Scheduling Deposition of Paula Paonessa in Canada (Docket Entry 57), which was referred to United States Magistrate Judge Lurana S. Snow. Counsel for the parties are in Ontario, Canada, taking depositions from October 25 through October 27, 2006.

Among these depositions, the defendant scheduled the deposition of the plaintiff's mother, Paula Paonessa, for October 26, 2006. The witness previously insisted that the scheduling of her deposition be coordinated through plaintiff's counsel rather than directly with her. The motion states that plaintiff's counsel did not respond to attempts to schedule the deposition. Accordingly, on October 19, 2006, the defendant unilaterally

noticed the deposition for October 26, 2006.  On October 24, 2006, counsel for the plaintiff informed the defendant that Ms. Paonessa was unable to drive for 45 minutes to the place where her deposition was set, and thus would not appear.  The defendant offered to move the deposition to a location closer to the witness's home.  However, plaintiff's counsel stated that the witness would not appear.

The defendant asks that the Court order plaintiff's counsel to immediately coordinate Ms. Paonessa's deposition at a location convenient to the witness between October 25, 2006, and October 27, 2006, or to allow the deposition to take place after the discovery cutoff at the plaintiff's expense for the additional attorney's fees and costs incurred, or to strike any and all testimony from Ms. Paonessa at the trial.

Since the parties are already in Canada for the series of depositions, Ms. Paonessa's deposition should be coordinated during the time period of October 27 through October 27, 2006. With the Court being advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED to the extent that counsel for the plaintiff shall forthwith coordinate the deposition of Paula Paonessa to be held at a time between October 25, 2006, and October 27, 2006, at a location convenient

to the witness.  Failure to comply with this Order may result in the striking of any and all testimony by Ms. Paonessa at trial.

DONE AND ORDERED at Fort Lauderdale, Florida, this 25th day of October, 2006.

                                                */s/ Lurana S. Snow*
                                                LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:
James Walker, Esq. (P)
David Horr, Esq. (D-Costa Crociere)